IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>RENE RODRIGUEZ,<br><br>                   Defendant. | 4:20CR3013<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

      The defendant appeared before the Court on January 28, 2026 regarding Second Amended Petition for Offender Under Supervision [89]. Korey Reiman represented the defendant. Daniel Packard represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The government made an oral motion to dismiss Amended Petition for Offender Under Supervision [86]. The government's oral motion to dismiss Amended Petition for Offender Under Supervision [86] is granted without objection.

      The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge John M. Gerrard in Courtroom No. 1, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 10:00 a.m. on March 24, 2026.

      The government did not move for detention. The defendant shall be released pursuant to the Order at filing [102].

      **IT IS SO ORDERED**.

Dated this 28th day of January, 2026.

                                                                BY THE COURT:

                                                                *s/ Jacqueline M. DeLuca*
                                                                 United States Magistrate Judge